Mary A. RILEY, Administratrix of the Estate of Frank L. Riley, deceased, Plaintiff-Appellant, v. SOUTHERN TRANSP. CO., Defendant-Appellee.

No. 76, Docket 22135.

United States Court of Appeals
Second Circuit.

Argued Nov. 8, 1951.

Decided Nov. 21, 1951.

Solomon Goodman, New York City, for appellant.

Nelson, Healy, Baillie & Burke, New York City, Allen A. Baillie, New York City, of counsel, for appellee.

Before SWAN, Chief Judge, FRANK, Circuit Judge and COXE, District Judge.

PER CURIAM.

Judgment affirmed as to the first cause of action on the opinion below, D.C., 90 F.Supp. 842. The second cause of action has been discontinued by stipulation.

Carr V. VAN ANDA'S ESTATE, Deceased, Paul Van Anda, Executor, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 33, Docket 21559.

United States Court of Appeals
Second Circuit.

Argued Nov. 14, 1951.

Decided Nov. 29, 1951.

Paul Van Anda, New York City, for petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Helen Goodner and Fred E. Youngman, Sp. Assts. to Atty. Gen., for Commissioner of Internal Revenue.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Affirmed on opinion below, 12 T.C. 1158.